# THE MAUL FIRM, P.C.

**Anthony F. Maul**  
Attorney at Law  
afmaul@maulfirm.com

68 Jay Street, Suite 201  
Brooklyn, NY 11201  
(718) 395-4918

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 5/24/2023

May 24, 2023

**VIA ECF**

Honorable Colleen McMahon  
United States District Court for the  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

OK  
/s/ Colleen McMahon  
5/24/2023

Re: *Liberty Wellness Chiropractic v. Empire HealthChoice HMO, Inc. d/b/a Empire Blue Cross Blue Shield HMO, et al.*, Case No. 1:21-cv-02132-CM

Dear Judge McMahon:

MEMO ENDORSED

This Firm represents plaintiff Liberty Wellness Chiropractic ("Liberty") in the above-entitled action. I am writing on behalf of all Parties to request a 60-day extension of the current deadlines to allow the parties to continue negotiating a potential resolution. This is the parties' first request for an extension of the current deadlines.

On February 10, 2023, the Court entered a Decision and Order denying the Defendant's motion to dismiss and converting the motion to one for summary judgment (ECF No. 39). Among other things, the Court ordered the parties to conduct limited discovery and for Defendants to supplement their motion by **June 12, 2023**.

After reviewing the Decision and Order and meeting and conferring, the Parties expressed a mutual interest in exploring settlement and have been engaged in settlement negotiations, which have taken considerate amount of time given the number of claims at issue (nearly 2000). The Parties submit that a 60-day extension of the limited discovery schedule would facilitate a potential settlement by preserving resources while the Parties explore an amicable resolution.

The Parties respectfully request the current deadlines be extended for 60 days resulting in a new deadline to complete limited discovery and for Defendants to supplement their motion through and including **August 11, 2023**.

MAY 24, 2023
Page 2

The parties greatly appreciate your attention to this matter.

Best Regards,

/s/ Anthony F. Maul
Anthony F. Maul
The Maul Firm, P.C.