**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
M. E. and J.E., individually and on behalf of G.E.,
a child with a disability,

                        Plaintiff,

      -against-                                        22 **CIVIL** 9642 (CM)

                                                                    **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                      Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 8, 2024, Plaintiffs' motion for summary judgment is DENIED and Defendants' cross motion for summary judgment is GRANTED.

**Dated:** New York, New York

      April 8, 2024

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                            **BY:**       *K. Mango*

                                                           **Deputy Clerk**